IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:22-cv-00136-MR-WCM
CASE NOS. 1:22-cv-00171 – 00179-MR-WCM
CASE NOS. 1:22-cv-00181 – 00190-MR-WCM

| | |
|---|---|
| DARRYL K. MCMAHAN, § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> LOWELL S. GRIFFIN, WESTERN § <br> SURETY COMPANY, and KENNETH § <br> B. CLAMSER, § <br> § <br> Defendants. § <br> § | **STIPULATION OF PARTIAL DISMISSAL OF PLAINTIFF'S CLAIMS AND JOINT REQUEST TO REMAND TO STATE COURT** |

NOW COME the parties, through counsel, in each of the following twenty related cases: Case No. 1:22-cv-00136-MR-WCM; Case Nos. 1:22-cv-00171 – 00179-MR-WCM; Case Nos. 1:22-cv-00181 – 00190-MR-WCM; and hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismissal of the following claims in each case: 1) Plaintiff's claims made pursuant to 42 U.S.C. § 1983, 2) his claims under North Carolina law for malicious prosecution and abuse of process, and 3) his claims for negligence against Deputy Clamser in his individual capacity.

As to Plaintiff's claims for negligence against Deputy Clamser in his official capacity, which are, in effect, against Sheriff Griffin in his official capacity and Western Surety Company, the parties jointly request that these twenty related pending actions be remanded by the Court to the Henderson County General Court of Justice, Superior Court Division, for further proceedings with respect to those state law claims.

Respectfully submitted, this the 7th day of August, 2023.

/s/ Stephen P. Agan
Stephen P. Agan, N.C. State Bar #35763
Hyler & Agan, PLLC
38 Orange Street
Asheville, NC 28801
Telephone: (828) 254-1070
steve@hylerandagan.com
*Attorney for Plaintiff*

/s/ Sean F. Perrin
Sean F. Perrin, N.C. State Bar #22253
Womble Bond Dickinson (US) L.L.P.
One Wells Fargo Center, Suite 3500
301 South College Street
Charlotte, NC 28202-6025
Telephone: (704) 331-4992
Sean.perrin@wbd-us-com
*Attorney for Defendants*