# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
### WESTERN DISTRICT OF NORTH CAROLINA

100 Otis Street Rm 309
Asheville, NC 28801

**Katherine Hord Simon**
*Clerk*

Telephone - (828) 771-7200
FAX - (828) 271-4343

**Tammy H. Hightower**
*Chief Deputy*

August 18, 2023

Clerk of Superior Court
Buncombe County
60 Court Plaza
Asheville, NC 28801

**RE: Remand of Civil Actions**

**OUR CASE NOS.:** **1:22-cv-00171-MR-WCM** thru **1:22-cv-00179-MR-WCM** and
**1:22-cv-00181-MR-WCM** thru **1:22-cv-00190-MR-WCM**
**CASE TITLES:** Darryl K. McMahan vs. Lowell S. Griffin, et al.

Dear Clerk:

Pursuant to entry of an *Amended Order of Remand*, the above referenced nineteen (19) cases have been remanded back to your Court pertaining to Buncombe County Superior Court case nos. 22-CVS-02682 thru 22-CVS-02700. Enclosed please find a certified copy of the *Amended Order of Remand* and certified copies of our Court's nineteen (19) case dockets.

Our court processes cases electronically on our CM-ECF application and therefore no longer have paper files to return to your Court. We will be happy to email any case documents to your Court upon request and after receipt of a valid email address.

Please note that pursuant to 28 U.S.C. § 1447(d), "An order remanding a case to the State Court from which it was removed is not reviewable on appeal or otherwise, except that an Order remanding a case to the State Court from which it was removed pursuant to section 1442 or 1443 of this title shall be reviewable by appeal or otherwise."

Sincerely,

*[signature]*

Katherine Hord Simon, Clerk
United States District Court

KHS/ejb

Enclosures